# CIVIL COVER SHEET

JS-44 (Rev. 7/13 DC)

| | |
|---|---|
| **I. (a) PLAINTIFFS**<br>AArno Olavi Liuksila | **DEFENDANTS**<br>Loretta E. Lynch |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF District of Columbia<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Richard Ben Veniste<br>Mayer Brown LLP<br>1999 K Street NW<br>Washington, DC 20006<br>(202) 263-3333 | **Case: 1:16-cv-00229 (G Deck)**<br>**Assigned To : Mehta, Amit P.**<br>**Assign. Date : 2/12/2016**<br>**Description: Habeas Corpus/2241** |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and **one** in a corresponding Nature of Suit)

| ☐ **A.** *Antitrust* | ☐ **B.** *Personal Injury/ Malpractice* | ☐ **C.** *Administrative Agency Review* | ☐ **D.** *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ☐ **E.** *General Civil (Other)* OR | ☐ **F.** *Pro Se General Civil* |
|---|---|

American LegalNet, Inc.<br>www.FormsWorkFlow.com

| Real Property | Bankruptcy | Forfeiture/Penalty | |
|---|---|---|---|
| ☐ 210 Land Condemnation | ☐ 422 Appeal 27 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 480 Consumer Credit |
| ☐ 220 Foreclosure | ☐ 423 Withdrawal 28 USC 157 | ☐ 690 Other | ☐ 490 Cable/Satellite TV |
| ☐ 230 Rent, Lease & Ejectment | **Prisoner Petitions** | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 240 Torts to Land | ☐ 535 Death Penalty | **Other Statutes** | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 540 Mandamus & Other | ☐ 375 False Claims Act | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 550 Civil Rights | ☐ 400 State Reapportionment | |
| **Personal Property** | ☐ 555 Prison Conditions | ☐ 430 Banks & Banking | ☐ 950 Constitutionality of State Statutes |
| ☐ 370 Other Fraud | ☐ 560 Civil Detainee – Conditions of Confinement | ☐ 450 Commerce/ICC Rates/etc. | ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act) |
| ☐ 371 Truth in Lending | **Property Rights** | ☐ 460 Deportation | |
| ☐ 380 Other Personal Property Damage | ☐ 820 Copyrights | ☐ 462 Naturalization Application | |
| ☐ 385 Property Damage Product Liability | ☐ 830 Patent | ☐ 465 Other Immigration Actions | |
| | ☐ 840 Trademark | ☐ 470 Racketeer Influenced & Corrupt Organization | |
| | **Federal Tax Suits** | | |
| | ☐ 870 Taxes (US plaintiff or defendant) | | |
| | ☐ 871 IRS-Third Party 26 USC 7609 | | |

| ☒ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/Privacy Act* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation) | ☐ 895 Freedom of Information Act | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ☐ 510 Motion/Vacate Sentence | | ☐ 890 Other Statutory Actions (if Privacy Act) | |
| ☐ 463 Habeas Corpus – Alien Detainee | | | |
| | *(If pro se, select this deck)* | *(If pro se, select this deck)* | |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act | ☐ 441 Voting (if not Voting Rights Act) | ☐ 110 Insurance | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |
| ☐ 720 Labor/Mgmt. Relations | ☐ 443 Housing/Accommodations | ☐ 120 Marine | |
| ☐ 740 Labor Railway Act | ☐ 440 Other Civil Rights | ☐ 130 Miller Act | |
| ☐ 751 Family and Medical Leave Act | ☐ 445 Americans w/Disabilities – Employment | ☐ 140 Negotiable Instrument | |
| ☐ 790 Other Labor Litigation | ☐ 446 Americans w/Disabilities – Other | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | |
| ☐ 791 Empl. Ret. Inc. Security Act | ☐ 448 Education | ☐ 153 Recovery of Overpayment of Veteran's Benefits | |
| | | ☐ 160 Stockholder's Suits | |
| | | ☐ 190 Other Contracts | |
| | | ☐ 195 Contract Product Liability | |
| | | ☐ 196 Franchise | |

**V. ORIGIN**

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multi-district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. Sec. 2241 -- Petition for habeas relief in an extradtion proceeding, where detention and extradition is contrary to law.

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND** $0.00 **JURY DEMAND:** | Check YES only if demanded in complaint **YES** ☐ **NO** ☒ |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | **YES** ☒ **NO** ☐ | If yes, please complete related case form |
|---|---|---|---|

| DATE: February 10, 2016 | SIGNATURE OF ATTORNEY OF RECORD /s/ Richard Ben-Veniste |
|---|---|
| | Richard Ben-Veniste |


American LegalNet, Inc.
www.FormsWorkFlow.com