## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

Aarno Olavi Liuksila,

   *Petitioner*,

  v.               Civil Action No.: 1:16-cv-229-APM

Loretta E. Lynch,

   *Respondent*.

## NOTICE OF WITHDRAWAL

  Pursuant to Local Rule 83.6(b), John T. Lewis hereby notices his withdrawal as counsel for Petitioner Aarno Liuksila in this action. Petitioner will continue to be represented by Richard Ben-Veniste of Mayer Brown LLP.

  Dated: March 21, 2018      Respectfully submitted,

               */s/ John T. Lewis*
               John T. Lewis (D.C. Bar No. 1033826)
               MAYER BROWN LLP
               1999 K Street, NW
               Washington, DC 20006
               (202) 263-3000
               (202) 263-3300 (fax)
               jtlewis@mayerbrown.com